# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                        Civil Action No. 4:15-cv-00145-JRA

JOHN DOE, subscriber assigned IP address
174.100.61.41,

        Defendant.

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP address 174.100.61.41. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: April 7, 2015

IT IS SO ORDERED.
/s/ John R. Adams
U.S. District Judge
04/08/2015

Respectfully submitted,

By:     /s/ *Yousef M. Faroniya*
Yousef M. Faroniya
yousef@YMFincorporated.com
YMF Inc.: The Law Office of Yousef M. Faroniya
84 S. 4th Street
Columbus, OH 43215
Phone: 614-360-1855
*Attorney for Plaintiff*

1